UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA, | No. 2:24-cv-02102-CKD |
| Plaintiff, | |
| v. | ORDER |
| DAVID HICKS, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion to amend the complaint. (ECF No. 5.) Defendants have not yet appeared in this matter or opposed the motion. This matter is deemed submitted on the record without the need for oral argument. See Local Rule 230(g).

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend a pleading once as a matter of course before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend shall be given freely when justice so requires." AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted). The district court may deny a motion to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile. Bowles v. Reade, 198 F.3d 752, 757-58 (9th Cir. 1999).

Plaintiff initiated this action with the filing of the original complaint on August 5, 2024. (ECF No. 1.) Plaintiff seeks to amend the complaint to add new defendants, Kim D. Kuhn, Lisa M. Days, Trustee, and Devon M. Ramos. (ECF No. 5.) The proposed new defendants are the record owners of the subject property at issue in this action. (Id. at 3.) The court finds no evidence of prejudice, bad faith, undue delay in litigation, or futility. Accordingly, Plaintiff's motion to amend will be granted.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. The hearing noticed to take place on November 13, 2024, is VACATED;
2. Plaintiff's motion to amend (ECF No. 5) is GRANTED; and
3. Within five (5) days of entry of this order, plaintiff shall file the lodged amended complaint as a standalone docket entry.

Dated: October 11, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, sepu2102.r15